IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| JERRY P. STEVENS, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> CARDWORKS SERVICING LLC, § <br> DEFENDANT, AND § <br> ADVANTA BANK CORP., § <br> CO-DEFENDANT. § | CASE NO. 1:11-CV-00397-LY <br> Trial By Jury Demanded <br> Civil Rights Violations |

10th day of June, 2011

## PLAINTIFF'S STANDING OBJECTION TO NON-JUDICIAL DECISION-MAKING

Standing Objection to Non-judicial Decision-making

<u>General, Standing Objection.</u>

Jerry P. Stevens asserts his standing objection to and non-consent to the participation by any and all non-judicial decision-makers, including magistrates and clerks. The Stevens do not consent to, and affirmatively withhold all consent regarding, any participation by any non-judicial decision-maker regarding any matter in this case. *Cf. Gonzalez v. United States*, 553 U.S. 242 (12 May 2008) ("**If the parties consent ....**") (construing § 636(b)).

                                    Respectfully submitted,

                                    /s/ Jerry Stevens
                                    Jerry Stevens
                                    1516 South Lamar #112
                                    Austin, Texas 78704
                                    (512) 447-6556

## CERTIFICATE OF SERVICE

     I, Jerry P. Stevens, hereby certify that a true and correct copy of this Standing Objection has been mailed by Certified Mail, or 3-day or faster delivery, to:

Keith Wier,
Attorney for Defendant Cardworks Servicing, LLC and Co-Defendant Advanta Bank Corp
24 Greenway Plaza, Suite 1700
Houston, TX 77046

VIA CERTIFIED MAIL: 7010 2780 0000 9054 0706

On June 10, 2011.

/s/ Jerry P. Stevens
      Jerry P. Stevens